**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Eduardo Pena,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) 24-cv-01038 |
| **vs.** | ) |
| | ) |
| **Catherine Verdin,** | ) Judge Thomas M. Durkin |
| | ) |
| **Defendant.** | ) |

**SECOND AMENDED COMPLAINT FOR DAMAGES UNDER 42 U.S.C. § 1983**

**INTRODUCTION**

1. Plaintiff Eduardo Pena, while in the custody of the Cook County Jail, was denied necessary and adequate medical care in violation of his rights under the Eighth and Fourteenth Amendments to the United States Constitution.

2. Defendants acted with deliberate indifference to Mr. Pena's serious medical needs, resulting in pain, suffering, and long-term health consequences.

**JURISDICTION AND VENUE**

3. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343 because this action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983.

4. Venue is proper in this District under 28 U.S.C. § 1391(b), as the events giving rise to this action occurred in Cook County, Illinois.

**PARTIES**

5. **Plaintiff Eduardo Pena** is a resident of Illinois and at all times relevant to this Complaint was incarcerated at the Cook County Department of Correction's Jail, Division 5, Chicago, Cook County, Illinois.

6. **Defendant Catherine Verdin** is a Correctional Officer and staff employed by the Cook County Department of Corrections who denied and failed to request and/or provide medical care to Plaintiff. She is sued in their individual capacity.

## FACTS

7. Cook County is a unit of local government in Illinois and is responsible for the operation and oversight of the Cook County Department of Corrections and the Cook County Health and Hospitals System.

8. Sheriff Thomas Dart is the elected Sheriff of Cook County, and is responsible for the operation of the Cook County Department of Corrections and training and overseeing of its Correctional Officers and the welfare of individuals in custody.

9. Cook County Health and Hospitals System is the agency responsible for providing medical care to inmates at the Cook County Department of Corrections.

10. At all times relevant to this Complaint, Mr. Pena was a pretrial detainee/inmate housed at the Cook County Jail.

11. During his incarceration, Mr. Pena presented with a serious medical condition—bladder cancer-which was operated upon on June 26, 2023 and which constituted a serious medical need.

12. Upon Mr. Pena's return from Cook County Hospital on June 26, 2023, he experienced extreme pain bleeding. Despite repeated complaints and requests for medical attention, Defendant Verdin failed to timely request or provide adequate care for Mr. Pena's condition and responded to his repeated pleas and requests with, "Shut the fuck up and go to sleep!"

13. Mr. Pena experienced significant pain, deterioration of his condition, and preventable complications as a result of Defendant's inaction.

14. Defendant knew or should have known that failure to provide adequate medical care posed a substantial risk of harm to Mr. Pena's health.

15. The denial of care was part of a pattern, practice, or policy of deliberate indifference to inmate health and safety.

## CAUSES OF ACTION

### Count I — 42 U.S.C. § 1983 — Deliberate Indifference to Serious Medical Needs
(Violation of the Eighth and/or Fourteenth Amendments)

16. Plaintiff re-alleges and incorporates by reference the preceding paragraphs.

17. By failing to request and provide adequate and timely medical care, Defendant was deliberately indifferent to Plaintiff's serious medical needs.

18. Defendant's actions and omissions violated Plaintiff's constitutional rights and caused him injury.

19.  As a direct and proximate result of Defendant's conduct, Plaintiff suffered physical pain, emotional distress, and ongoing medical issues.

## RELIEF REQUESTED

WHEREFORE, Plaintiff Eduardo Pena respectfully requests that this Court enter judgment in his favor and award:

a. Compensatory damages in an amount to be determined at trial;
b. Punitive damages against the individual defendant;
c. Reasonable attorneys' fees and costs under 42 U.S.C. § 1988;
d. Pre- and post-judgment interest; and
e. Such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted

/s/ *Mark G. Basile*

MARK G. BASILE
Attorney for Plaintiff

Basile Law Firm
100 N. LaSalle St., Ste. 2400
Chicago, IL 60602
(312)795-0295
Atty. ARDC No.:  6242488
Basilaw@msn.com

## CERTIFICATE OF SERVICE

I, Mark G. Basile, hereby certify that I have caused true and correct copies of the aforementioned documents to be served on Defendant's counsel via email service at the below email address on **April 30, 2025**.

By: */s/ Mark G. Basile*
Mark G. Basile

TO: Jessica D. Ratner- Jessica.Ratner@cookcountysao.org