**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Eduardo Pena, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 24-cv-01038 |
| vs. | ) | |
| | ) | |
| Officer Verdin, | ) | Judge Thomas M. Durkin |
| | ) | |
| Defendant. | ) | |

**PARTIES' JOINT STATUS REPORT**

Plaintiff Eduardo Pena and Defendant Officer Verdin hereby submit this Joint Status Report to provide the Court with an update on the status of discovery and settlement pursuant to this Court's February 26, 2026, Order. (Dkt. 54). Counsel for Plaintiff and Defendant conferred on March 17, 2026, for the purposes of preparing this report.

**Settlement Agreement**

On or about May 23, 2025, following settlement negotiations, the parties reached an agreement regarding a settlement amount of $5,000. On August 19, 2026, Plaintiff signed the settlement agreement. Counsel for Plaintiff sent the signed agreement to counsel for Defendant, who's office signed the agreement on March 3, 2026.

Counsel for the parties were in disagreement regarding the county's requirement for Plaintiff and the Plaintiff's firm to submit a W-9 for processing and payment.

At a status hearing on February 25, 2026, with Magistrate Judge Albert Berry III, the parties agreed to process the payment without a W-9 from the individual Plaintiff but with a W-9 from the Plaintiff's firm. Both parties agree the settlement amount is not taxable. Counsel for Plaintiff tendered a W-9 from his firm on February 24, 2026.

1

Counsel for Defendant submitted the necessary paperwork for settlement to the Cook County Board for the meeting scheduled April 15, 2026.

Counsel for Defendant expects the check to be issued by the Comptroller approximately ten (10) days after the Cook County Board meeting with additional time required for delivery by USPS.

Date: March 18, 2026

Respectfully submitted,
By:

/s/ *Mark G. Basile*
Basile Law Firm
100 N. LaSalle Street, Ste. 2400
Chicago, IL 60602
(312)795-0295
Basilaw@msn.com

*Counsel for Plaintiff*

/s/ David S. Neef
David Neef
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-6798
David.Neef@cookcountysao.org

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 18, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/David S. Neef
David S. Neef

2